**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | September 27, 2012 | Probation: | Robert Ford |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Tammy Hoffschildt | | |

Criminal Case No:  **11-cr-00362-WYD**          Counsel:

UNITED STATES OF AMERICA,                     Tim R. Neff

        Plaintiff,

v.

**5.  VINCENT JACKSON**,                      John E. Sweeney

        Defendant.

**SENTENCING**

**2:09 p.m.**     Court in Session - Defendant present (on-bond)

> **Change of Plea Hearing - Wednesday, May 23, 2012, at 10:00 a.m.
> Plea of Guilty - Count 20 of Indictment**

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

2:10 p.m.     Statement on behalf of Probation (Mr. Ford).

2:11 p.m.     Statement on behalf of Defendant (Mr. Sweeney).

2:15 p.m.     Statement on behalf of Government (Mr. Neff).

2:16 p.m.     Statement on behalf of Defendant (Mr. Sweeney).

| | |
|---|---|
| 2:17 p.m. | Statement on behalf of Government (Mr. Neff). |
| 2:27 p.m. | Statement on behalf of Defendant (Mr. Sweeney). |
| 2:29 p.m. | Statement by Defendant on his own behalf (Mr. Jackson). |
| 2:35 p.m. | Statement on behalf of Defendant (Mr. Sweeney). |
| 2:36 p.m. | Statement on behalf of Government (Mr. Neff). |
| 2:37 p.m. | Statement on behalf of Probation (Mr. Ford). |
| 2:42 p.m. | Statement by Defendant on his own behalf (Mr. Jackson). |

Court ACCEPTS plea of guilty.

Court makes findings.

**ORDERED:** Defendant's Restricted Document (ECF Doc. No. 168), filed September 5, 2012, is **DENIED AS MOOT.**

**ORDERED:** Defendant's Restricted Document (ECF Doc. No. 169), filed September 5, 2012, is **DENIED AS MOOT.**

**ORDERED:** Government's Motion Pursuant to USSG § 3E1.1 to Award Defendant a Three-Point Reduction in Offense Level for Acceptance of Responsibility (ECF Doc. No. 172), filed September 14, 2012, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:** Government's Motion for Sentencing Reduction for Defendant Vincent Jackson Pursuant to U.S.S.G. § 5K1.1 (ECF Doc. No. 171), filed September 11, 2012, is **GRANTED.**

**ORDERED:** Defendant is placed on **probation** for a term of **5** years.

**ORDERED: Conditions** of **Probation** are:

(X)   Defendant shall not commit another federal, state or local crime.

(X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)   Defendant shall comply with standard conditions adopted by the Court.

(X) Defendant shall not unlawfully possess a controlled substance.

(X) The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3563(a)(5), because the presentence report indicates a low risk of future substance abuse by the defendant.

(X) If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments sheet set forth in the judgment.

(X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Probation** are:

(X) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

(X) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation in this case.

(X) The defendant shall work with the probation officer in development of a monthly budget that shall be reviewed with the probation officer quarterly.

(X) The defendant shall be placed on home detention for a period of **4 months**, to commence within **60 days** of sentencing. During this period, the defendant shall remain at his place of residence at all times other than time spent at work or time spent on other activities approved in advance by the probation officer. This period of home detention shall be enforced by electronic monitoring. To permit this monitoring, the defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones. The defendant shall wear electronic monitoring devices and follow all other procedures specified by the probation officer. The defendant shall pay the cost of electronic monitoring as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   Restitution is ordered jointly and severally with the following defendant:

| **Name** | **Case Number** | **Amount** |
|---|---|---|
| SCOTT GOLDBERG | 11-cr-00362-WYD-07 | **$468,580.00** |

   Payments shall be divided equally among the victims.

**ORDERED:**   The Court finds that the defendant does not have the ability to pay a fine, so the Court will waive the fine in this case.

**ORDERED:**   The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment.

   The balance of the monetary obligations shall be paid in monthly installment payments calculated as at least 10 percent of the defendant's gross monthly wages.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Government's Motion to Dismiss Counts Remaining Counts of the Indictment as to Defendant Vincent Jackson (ECF Doc. No. 173), filed September 14, 2012, is **GRANTED.**

   Order is **APPROVED BY THE COURT.**

**2:52 p.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  :43**